NO. SCWC-28289

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HEINRICH ALEXANDER RIETHBROCK, Petitioner/Plaintiff-Appellant,

vs.

MARION BARBARA LANGE, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 28289 and 28694; FC-D No. 04-1-0147)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Plaintiff-Appellant Heinrich Alexander Riethbrock's application for writ of certiorari filed on November 16, 2011, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 27, 2011.

R. Steven Geshell
on the application for
petitioner/plaintiff-
appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

